# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131215

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TERENCE DANYIEL DEGRAFFENREID,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131215
COA: 258577
Wayne CC: 04-006262-01

      On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

                              Clerk

p0918